UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LLONIA GORDON,<br>    Plaintiff,<br><br>v.<br><br>FAVOR, INC.,<br>    Defendant. | CIVIL CASE NO.: 3:11-cv-01613-JBA<br><br><br><br><br>January 11, 2012 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Local Rules of this Court, the parties hereby stipulate to the voluntary dismissal of the above-captioned action, in its entirety with prejudice, and with no award of attorneys' fees or costs to either side by the Court.

Respectfully Submitted:

| PLAINTIFF, | DEFENDANT, |
|---|---|
| LLONIA GORDON | FAVOR, INC. |
| | |
| By: */s/ Michael Petela, Jr.* | By: */s/ Akintokunbo Akinbajo* |
| Michael T. Petela, Jr., Esq. | Alison Jacobs Wice (ct 21771) |
| Cicchiello & Cicchiello, LLP | Akintokunbo Akinbajo (ct 27965) |
| 364 Franklin Avenue | Jackson Lewis LLP |
| Hartford, Connecticut 06114 | 90 Statehouse Square, 8th Floor |
| Tel: (860) 296-3457 | Hartford, CT 06103 |
| Fax: (860) 296-0676 | Tel: (860) 522-0404 |
| Email: mpetela@cicchielloesq.com | Fax: (860) 247-1330 |
| | Email: wicea@jacksonlewis.com |
| | Email: akinbaja@jacksonlewis.com |

CERTIFICATION OF SERVICE

I hereby certify that on January 11, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                           */s/ Akintokunbo Akinbajo*
                                           Akintokunbo Akinbajo